United States Bankruptcy Court
Southern District of Texas

**Information to identify the case:**

| | |
|---|---|
| Debtor 1 | Jenny Yaqueline Vasquez |
| | First Name    Middle Name    Last Name |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court | Southern District of Texas |
| Case number: | 23–35033 |

**ENTERED**

Social Security number or ITIN   xxx–xx–3226
EIN   _ _−_ _ _ _ _ _ _

March 26, 2024

Nathan Ochsner, Clerk

Social Security number or ITIN  _ _ _ _
EIN   _ _−_ _ _ _ _ _ _

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jenny Yaqueline Vasquez

3/26/24

**By the court:** Eduardo V Rodriguez
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Southern District of Texas

In re:
Jenny Yaqueline Vasquez
    Debtor

Case No. 23-35033-evr

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0541-4 | User: admin | Page 1 of 2 |
| --- | --- | --- |
| Date Rcvd: Mar 26, 2024 | Form ID: 318 | Total Noticed: 24 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2024:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Jenny Yaqueline Vasquez, 6301 Sierra Blanca Drive, Houston, TX 77083-7526 |
| 12610135 | + | CKS Velocit, P.O. Box 788, Wall, NJ 07719-0788 |
| 12610140 | | Luke, Johnson & Lewis LLC, PO Box 520246, Salt Lake City, UT 84152-0246 |
| 12610143 | + | Masterdebt Solutions L, 11200 Broadway St Ste 27, Pearland, TX 77584-9785 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 12610132 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Mar 26 2024 20:13:00 | CarMax Auto Finance, Attn: Bankruptcy, PO Box 440609, Kennesaw, GA 30160 |
| 12610130 | + | EDI: CAPITALONE.COM | Mar 27 2024 00:09:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 12610131 | + | EDI: CAPITALONE.COM | Mar 27 2024 00:09:00 | Capital One/Walmart, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 12610133 | + | Email/Text: bankruptcy@cavps.com | Mar 26 2024 20:14:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 12610134 | + | EDI: CITICORP | Mar 27 2024 00:09:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 12610142 | | EDI: CITICORP | Mar 27 2024 00:09:00 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 12610136 | + | Email/Text: electronicbkydocs@nelnet.net | Mar 26 2024 20:14:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 12610137 | + | EDI: AMINFOFP.COM | Mar 27 2024 00:09:00 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 12610139 | | EDI: IRS.COM | Mar 27 2024 00:09:00 | Internal Revenue Service, 1919 Smith Street, M/S 5022HOU, Houston, TX 77002 |
| 12610141 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 26 2024 20:23:56 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 12610144 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 26 2024 20:14:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 12610145 | + | Email/Text: electronicbkydocs@nelnet.net | Mar 26 2024 20:14:00 | Nelnet, Attn: Bankruptcy Claims, PO Box 82505, Lincoln, NE 68501-2505 |
| 12610146 | + | EDI: SYNC | Mar 27 2024 00:09:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 12610147 | + | EDI: SYNC | Mar 27 2024 00:09:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, |

|  |  |  |  |
|---|---|---|---|
|  |  |  | PO Box 965060, Orlando, FL 32896-5060 |
| 12610148 | + EDI: SYNC |  |  |
|  |  | Mar 27 2024 00:09:00 | Synchrony Bank/HHGregg, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 12610149 | ^ MEBN |  |  |
|  |  | Mar 26 2024 20:11:12 | Telecom Selfreported, Po Box 4500, Allen, TX 75013-1311 |
| 12610151 | Email/Text: usatxs.bankruptcy@usdoj.gov |  |  |
|  |  | Mar 26 2024 20:13:00 | United States Attorney's Office, Civil Process Clerk, 1000 Louisiana Street, Suite 2300, Houston, TX 77002 |
| 12610150 | ^ MEBN |  |  |
|  |  | Mar 26 2024 20:10:33 | United States Attorney General, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001 |
| 12610153 | Email/Text: bankruptcynotices@vivecard.com |  |  |
|  |  | Mar 26 2024 20:13:00 | Vive Financial, Attn: Bankruptcy, 380 Data Drive, Suite 200, Draper, UT 84020 |
| 12610152 | ^ MEBN |  |  |
|  |  | Mar 26 2024 20:10:31 | Velocity Investments, Llc, Attn: Bankruptcy, 1800 Route 34N, Suite 305, Wall, NJ 07719-9146 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 12610138 | * | Internal Revenue Service, Central Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 28, 2024                    Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amber L Willingham | on behalf of Debtor Jenny Yaqueline Vasquez alw@amberlwillinghamlaw.com |
| Randy W Williams | rww@bymanlaw.com  rw13@trustesolutions.com;rw13@trustesolutions.net;rw11@trustesolutions.net;rww.trustee1@gmail.com |
| US Trustee | USTPRegion07.HU.ECF@USDOJ.GOV |

TOTAL: 3